UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ATZET, | No. 2:17-cv-1399 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| DANIEL PARAMO, | |
| Respondent. | |

Petitioner has requested an extension of time to file an application to proceed in forma pauperis. Petitioner claims he submitted his form to the Southern District of California before his case was transferred to this court, and therefore may have to begin again the process of having prison officials certify his financial information.

However, on July 14, 2017, this court received petitioner's certified trust account statement and certification by CDCR officials. (ECF No. 7.) Therefore, the only document needed from petitioner is his application to proceed in forma pauperis signed and dated by petitioner. No further certification by prison officials is required.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 10) is partially granted;

2. Petitioner shall file an application to proceed in forma pauperis within thirty days from the date of this order; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: July 25, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

atze1399.111